In the Matter of EDWARD J. REILLY, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

(Argued September 9, 1935; decided September 9, 1935.)

*Maurice Edelbaum* and *Nathan J. Paulson* for appellant.
*Nathan J. Paulson* for Charles M. Andrews, *amicus curiæ.*

*Paul Windels, Corporation Counsel (Paxton Blair* of counsel), for The Board of Elections of the City of New York, respondent.

*Edward H. Levine, Martin M. Goldman* and *J. W. Friedman* for Peter J. Brancato et al., respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.